**Order entered May 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00506-CV

## IN THE INTEREST OF C.V.L., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01086-W**

## ORDER

The reporter's record in this accelerated appeal was due May 9, 2019. When it was not filed, we notified court reporter Martha Grant by postcard dated May 10, 2019 that it was past due and directed her to file the reporter's record within ten days. On May 20, 2019, Ms. Grant notified the Court that a substitute court reporter, Kristin McDowell, sat for her on this case.

We order court reporter Kristin McDowell to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, the reporter's record in this appeal. *See* TEX. R. APP. P. 35.1(b).

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Martin Lane, Presiding Judge, 304th Judicial District Court; Martha Grant, official court reporter, 304th Judicial District Court; court reporter Kristin McDowell, P.O. Box 530473, Grand Prairie, TX 75053 (Kris10mcdowell@sbcglobal.net); and counsel for all parties.

/s/　　KEN MOLBERG
　　　　JUSTICE